# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Ross, Allyne R. | U.S. District Court, Eastern District New York | 7/28/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge (Senior) | ☐ Nomination Date<br>☐ Initial ✔ Annual ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

225 Cadman Plaza East
Brooklyn, NY 11201

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
> *checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

✔ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ross, Allyne R. | 7/28/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2019 | Trustee of WisdomTree Trust (trustee fees) |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ross, Allyne R. | 7/28/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ross, Allyne R. | 7/28/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Individual Assets (H) | | | | | | | | | |
| 2. Greenwich Friess Long/Short Fund | F | Distribution | P1 | T | Buy (add'l) | 01/01/19 | L | | |
| 3. Oak Hill Capital Partners | | None | N | T | Buy (add'l) | 12/17/19 | M | | |
| 4. Park Overlook Equities Fund | | None | O | T | Buy (add'l) | 01/01/19 | L | | |
| 5. Trishield Special Situations Fund | | None | | | Distributed | 04/10/19 | J | A | |
| 6. WPX Partners LP (Formerly WFG-WPX Partners LLC) | E | Distribution | N | T | | | | | |
| 7. 34 Graham Road LLC | | None | N | U | Buy | 11/01/19 | N | | |
| 8. Trust #1 (H) | | | | | | | | | |
| 9. Northwestern Mutual Whole Life Insurance | B | Interest | L | T | | | | | |
| 10. IRA #1 (H) | | | | | | | | | |
| 11. Fidelity Extd Market Index Institutional Premium Class (FSMAX) | D | Dividend | N | T | | | | | |
| 12. Fidelity Mid Cap Index Institutional Premium Class (FSMDX) | D | Dividend | N | T | | | | | |
| 13. Fidelity Total Emerging Markets FD (FTEMX) | D | Dividend | N | T | | | | | |
| 14. Wisdomtree TR US Qlt Shared YLD (QSY) | D | Dividend | N | T | | | | | |
| 15. BlackRock Global Energy & Resources Trust (BGR) | B | Dividend | K | T | | | | | |
| 16. Tekla Healthcare (HQH) | B | Dividend | K | T | | | | | |
| 17. IRA #2 (H) | | | | | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4)<br>2 Value Codes<br>(See Columns C1 and D3)<br><br>3 Value Method Codes<br>(See Column C2) | A =$1,000 or less<br>F =$50,001 - $100,000<br>J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000<br>K =$15,001 - $50,000<br><br><br>R =Cost (Real Estate Only)<br>V =Other | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000<br>L =$50,001 - $100,000<br>O =$500,001 - $1,000,000<br>P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | D =$5,001 - $15,000<br>H2 =More than $5,000,000<br>M =$100,001 - $250,000<br>P1 =$1,000,001 - $5,000,000<br><br>T =Cash Market | E =$15,001 - $50,000<br><br>P2 =$5,000,001 - $25,000,000 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Fidelity Extended Market Index Institutional Premium Class (FSMAX) | E | Dividend | O | T | Sold (part) | 12/10/19 | K | D | |
| 19. Fidelity Small Cap Index Institutional Premium Class (FSSNX) | E | Dividend | O | T | Sold (part) | 12/10/19 | K | D | |
| 20. IRA #3 (H) | | | | | | | | | |
| 21. Fidelity 500 Index Institutional Premium Class (FXAIX) | D | Dividend | M | T | Buy (add'l) | 01/03/19 | L | | |
| 22. | | | | | Sold (part) | 12/10/19 | J | C | |
| 23. Fidelity Int'l Enhanced Index Fund (FIENX) | D | Dividend | M | T | | | | | |
| 24. IRA #4 (H) | | | | | | | | | |
| 25. Fidelity Mid Cap Index Institutional Premium Class (FSMDX) | C | Dividend | M | T | Sold (part) | 12/10/19 | J | A | |
| 26. Brokerage #1 (H) | | | | | | | | | |
| 27. Vanguard Commodity Strategy Admiral CL (VCMDX) | A | Dividend | L | T | Buy | 06/27/19 | L | | |
| 28. Vanguard Explorer Admiral CL (VEXRX) | D | Dividend | M | T | Buy (add'l) | 04/04/19 | J | | |
| 29. Vanguard Ltd-Term Tax-Exempt Fund (VMLUX) | C | Dividend | M | T | Sold (part) | 03/25/19 | K | | |
| 30. | | | | | Sold (part) | 04/10/19 | M | | |
| 31. | | | | | Sold (part) | 06/26/19 | K | | |
| 32. | | | | | Buy (add'l) | 10/21/19 | K | | |
| 33. Vanguard High-Yield Tax-Exempt Fund (VWALX) | E | Dividend | N | T | Sold (part) | 01/07/19 | K | | |
| 34. Vanguard Intermediate Term Tax Exempt Adm (VWIUX) | D | Dividend | N | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ross, Allyne R. | 7/28/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. Invesco Oppenheimer Developing Markets CL Y (ODVYX) | C | Dividend | M | T | | | | | |
| 36. Vanguard Emerging Markets Index Fund (VWO) | D | Dividend | N | T | | | | | |
| 37. Vanguard Europe ETF (formerly European Stock Index Fund) (VGK) | D | Dividend | N | T | | | | | |
| 38. Vanguard Global Real Estate Fund (VNQI) | D | Dividend | M | T | Buy (add'l) | 01/02/19 | J | | |
| 39. Vangaurd Mid Cap ETF (formerly Mid-Cap Index Fund) (VO) | E | Dividend | P1 | T | | | | | |
| 40. IShares Core S&P Small Cap ETF (IJR) | C | Dividend | M | T | | | | | |
| 41. Wisdom Tree U.S. Small Cap. Div. Growth ETF (DGRS) | C | Dividend | M | T | | | | | |
| 42. Wisdom Tree Global ex-US Quality Dividend (DNL) | C | Dividend | M | T | | | | | |
| 43. BBX Capital Corp New Cl A (BBX) | B | Dividend | M | T | | | | | |
| 44. Equifax Inc (EFX) | A | Dividend | | | Sold | 06/26/19 | K | | |
| 45. General Electic Co (GE) | A | Dividend | J | T | | | | | |
| 46. Brokerage #2 (H) | | | | | | | | | |
| 47. ML Bank Deposit Program (Cash) | A | Interest | M | T | | | | | |
| 48. Accor Sa Shs Adr (ACCYY) | | None | K | T | Buy | 09/03/19 | J | | |
| 49. | | | | | Buy (add'l) | 09/04/19 | J | | |
| 50. | | | | | Buy (add'l) | 09/05/19 | J | | |
| 51. | | | | | Buy (add'l) | 09/06/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ross, Allyne R.** | 7/28/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | | | | | Buy<br>(add'l) | 09/09/19 | J | | |
| 53. ACS Actividades Cons-Uns (ACSAY) | A | Dividend | K | T | | | | | |
| 54. Adecco Group Ag (AHEXY) | | None | K | T | Buy | 12/02/19 | J | | |
| 55. | | | | | Buy<br>(add'l) | 12/03/19 | J | | |
| 56. | | | | | Buy<br>(add'l) | 12/04/19 | J | | |
| 57. Adobe Systems Inc (ADBE) | | None | K | T | Sold<br>(part) | 02/13/19 | J | B | |
| 58. | | | | | Sold<br>(part) | 05/30/19 | J | A | |
| 59. Aercap Holdings N.V. SHS (AER) | | None | K | T | Sold<br>(part) | 02/13/19 | J | | |
| 60. | | | | | Sold<br>(part) | 07/16/19 | J | A | |
| 61. | | | | | Sold<br>(part) | 07/17/19 | J | A | |
| 62. | | | | | Sold<br>(part) | 07/18/19 | J | B | |
| 63. | | | | | Sold<br>(part) | 09/27/19 | J | A | |
| 64. AIA Group LTD (AAGIY) | A | Dividend | K | T | Buy<br>(add'l) | 11/13/19 | J | | |
| 65. Airbus SE (EADSY) | | None | K | T | Sold<br>(part) | 02/13/19 | J | A | |
| 66. | | | | | Sold<br>(part) | 03/07/19 | J | A | |
| 67. | | | | | Sold<br>(part) | 11/27/19 | J | A | |
| 68. Alcon Sa Act Nom (ALC) (X) | A | Dividend | K | T | Buy<br>(add'l) | 04/23/19 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ross, Allyne R.** | 7/28/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | | | | | Buy<br>(add'l) | 08/21/19 | J | | |
| 70. | | | | | Buy<br>(add'l) | 08/22/19 | J | | |
| 71. Alexion Pharmaceuticals INC (ALXN) | | None | J | T | Sold<br>(part) | 09/26/19 | J | A | |
| 72. Align Tech Inc Del Com (ALGN) | | None | K | T | Buy<br>(add'l) | 02/28/19 | J | | |
| 73. | | | | | Buy<br>(add'l) | 07/29/19 | J | | |
| 74. | | | | | Buy<br>(add'l) | 07/30/19 | J | | |
| 75. Alphabet Inc CL C (GOOG) | | None | K | T | Sold<br>(part) | 02/13/19 | J | B | |
| 76. | | | | | Sold<br>(part) | 05/30/19 | J | A | |
| 77. Altria Group Inc (MO) | A | Dividend | K | T | Buy<br>(add'l) | 02/26/19 | J | | |
| 78. | | | | | Buy<br>(add'l) | 03/04/19 | J | | |
| 79. | | | | | Buy<br>(add'l) | 09/27/19 | J | | |
| 80. Amazon.com INC (AMZN) | | None | K | T | Sold<br>(part) | 02/13/19 | J | C | |
| 81. | | | | | Sold<br>(part) | 05/30/19 | J | B | |
| 82. American International Group Com New (AIG) | A | Dividend | K | T | Sold<br>(part) | 11/27/19 | J | A | |
| 83. American Tower Corp. REIT (AMT) | A | Dividend | K | T | Sold<br>(part) | 02/13/19 | J | A | |
| 84. | | | | | Sold<br>(part) | 05/30/19 | J | A | |
| 85. Anglo American Plc Shs Adr (NGLOY) | | None | K | T | Buy | 10/15/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ross, Allyne R. | 7/28/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. | | | | | Buy<br>(add'l) | 10/18/19 | J | | |
| 87. | | | | | Buy<br>(add'l) | 10/21/19 | J | | |
| 88. | | | | | Sold<br>(part) | 11/27/19 | J | A | |
| 89. Anthem Inc. (ANTM) | A | Dividend | K | T | Sold<br>(part) | 02/13/19 | J | A | |
| 90. | | | | | Sold<br>(part) | 03/04/19 | J | C | |
| 91. | | | | | Buy<br>(add'l) | 06/03/19 | J | | |
| 92. | | | | | Buy<br>(add'l) | 07/01/19 | J | | |
| 93. | | | | | Sold<br>(part) | 11/27/19 | J | A | |
| 94. ASML Holding NV NY Reg Shs (ASML) | A | Dividend | K | T | Buy | 03/27/19 | J | | |
| 95. | | | | | Buy<br>(add'l) | 05/30/19 | J | | |
| 96. | | | | | Sold<br>(part) | 07/22/19 | J | A | |
| 97. | | | | | Sold<br>(part) | 09/27/19 | J | A | |
| 98. | | | | | Sold<br>(part) | 11/27/19 | J | A | |
| 99. Astrazeneca PLC Spon ADR (AZN) | A | Dividend | K | T | Sold<br>(part) | 03/25/19 | J | B | |
| 100. | | | | | Sold<br>(part) | 11/25/19 | J | C | |
| 101. AXA Spons ADR (AXAHY) | A | Dividend | K | T | Sold<br>(part) | 11/27/19 | J | A | |
| 102. AXA Equitable Holdings Inc (EQH) | A | Dividend | K | T | Buy<br>(add'l) | 11/25/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ross, Allyne R. | 7/28/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. BAE Systems PLC Sponsored ADR (BAESY) | A | Dividend | K | T | Sold (part) | 02/13/19 | J | A | |
| 104. | | | | | Buy (add'l) | 05/30/19 | J | | |
| 105. | | | | | Sold (part) | 09/27/19 | J | A | |
| 106. Baker Hughes Inc Reg Shs (BHGE) | A | Dividend | J | T | Buy | 03/19/19 | J | | |
| 107. | | | | | Buy (add'l) | 03/20/19 | J | | |
| 108. | | | | | Buy (add'l) | 06/06/19 | J | | |
| 109. | | | | | Buy (add'l) | 09/30/19 | J | | |
| 110. BASF SE Sponsored ADR (BASFY) | | None | K | T | Buy (add'l) | 02/13/19 | J | | |
| 111. | | | | | Buy (add'l) | 07/25/19 | J | | |
| 112. | | | | | Sold (part) | 11/27/19 | J | A | |
| 113. Biomarin Pharmaceutical Inc (BMRN) | | None | J | T | | | | | |
| 114. Boston Scientific Corp (BSX) | | None | J | T | Buy | 08/09/19 | J | | |
| 115. | | | | | Buy (add'l) | 10/04/19 | J | | |
| 116. BP PLC Spon ADR (BP) | B | Dividend | K | T | Buy (add'l) | 02/26/19 | J | | |
| 117. | | | | | Buy (add'l) | 03/19/19 | J | | |
| 118. Bristol-Myers Squibb Co (BMY) | A | Dividend | K | T | Buy | 08/09/19 | J | | |
| 119. | | | | | Buy (add'l) | 08/21/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ross, Allyne R.** | 7/28/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120.  Capegemini Se Shs Adr (CGEMY) | | None | K | T | Buy | 09/09/19 | J | | |
| 121. | | | | | Buy<br>(add'l) | 10/15/19 | J | | |
| 122.  Carlsberg AS Sponsored ADR (CABGY) | A | Dividend | K | T | Sold<br>(part) | 05/30/19 | J | A | |
| 123.  Chubb Ltd CHF (CB) | A | Dividend | K | T | Sold<br>(part) | 09/26/19 | J | A | |
| 124.  Cisco Systems Inc Com (CSCO) | A | Dividend | K | T | Sold<br>(part) | 02/26/19 | J | A | |
| 125. | | | | | Sold | 07/29/19 | J | C | |
| 126. | | | | | Buy | 08/26/19 | J | | |
| 127. | | | | | Buy<br>(add'l) | 08/27/19 | J | | |
| 128. | | | | | Buy<br>(add'l) | 09/06/19 | J | | |
| 129. | | | | | Buy<br>(add'l) | 11/19/19 | J | | |
| 130.  Citigroup Inc (C) | B | Dividend | L | T | Sold<br>(part) | 05/30/19 | J | A | |
| 131. | | | | | Sold<br>(part) | 11/27/19 | J | A | |
| 132.  Cognizant Tech Solutions A (CTSH) | A | Dividend | K | T | Buy<br>(add'l) | 02/07/19 | J | | |
| 133. | | | | | Buy<br>(add'l) | 02/26/19 | J | | |
| 134. | | | | | Buy<br>(add'l) | 06/19/19 | J | | |
| 135. | | | | | Sold<br>(part) | 11/27/19 | J | A | |
| 136.  Comcast Corp New Cl A (CMCSA) | A | Dividend | K | T | Buy<br>(add'l) | 09/06/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137.  Compagnie de Saint-Unsp Adr (CODYY) | | None | K | T | Buy | 12/13/19 | J | | |
| 138. | | | | | Buy<br>(add'l) | 12/16/19 | J | | |
| 139.  Conagra Brands INC (CAG) | A | Dividend | J | T | Buy | 02/14/19 | J | | |
| 140.  Conocophillips (COP) | A | Dividend | J | T | Buy | 09/30/19 | J | | |
| 141.  Constellation Brands INC (STZ) | A | Dividend | J | T | Buy | 02/01/19 | J | | |
| 142. | | | | | Buy<br>(add'l) | 12/06/19 | J | | |
| 143.  Corteva Inc Reg Shs (CTVA) (X) | A | Dividend | J | T | Buy<br>(add'l) | 06/19/19 | J | | |
| 144.  Costco Wholesale Corp (COST) | A | Dividend | K | T | Sold<br>(part) | 10/15/19 | J | A | |
| 145.  CRH Plc Adr (CRH) | A | Dividend | J | T | | | | | |
| 146.  CVS Health Corp (CVS) | A | Dividend | K | T | Buy<br>(add'l) | 03/25/19 | J | | |
| 147. | | | | | Sold<br>(part) | 11/27/19 | J | | |
| 148.  Danone Sponsored ADR (DANOY) | | None | K | T | Buy<br>(add'l) | 02/13/19 | J | | |
| 149. | | | | | Buy<br>(add'l) | 06/05/19 | J | | |
| 150.  DBS Group Holdings LTD SPON ADR<br>(DBSDY) | A | Dividend | K | T | Buy<br>(add'l) | 02/13/19 | J | | |
| 151.  Deutsche Boerse AG SHS (DBOEY) | | None | K | T | | | | | |
| 152.  Deutsche Post AG SHS (DPSGY) | | None | K | T | Sold<br>(part) | 11/27/19 | J | A | |
| 153.  DNB ASA Sponsored ADR (DNHBY) | | None | K | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ross, Allyne R. | 7/28/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  Dollar General Corp New (DG) | A | Dividend | K | T | Buy (add'l) | 04/23/19 | J | | |
| 155. | | | | | Sold (part) | 11/27/19 | J | A | |
| 156. | | | | | Sold (part) | 12/06/19 | J | B | |
| 157.  Dowdupont Inc Com (DWDP) (Y) | | | | | | | | | |
| 158.  Dupont De Nemours Inc (DD) (X) | A | Dividend | J | T | Sold (part) | 07/01/19 | J | | |
| 159.  E.On SE ADR (EONGY) | | None | K | T | | | | | |
| 160.  Engie SHS (ENGIY) | A | Dividend | K | T | | | | | |
| 161.  Equinix Inc. REIT (EQIX) | A | Dividend | K | T | Sold (part) | 02/13/19 | J | A | |
| 162. | | | | | Sold (part) | 09/26/19 | J | A | |
| 163.  Equinor Asa (EQNR) | A | Dividend | J | T | Buy | 08/21/19 | J | | |
| 164. | | | | | Buy (add'l) | 08/22/19 | J | | |
| 165.  Essilorluxottica (formerly Essilor International) SA ADR (ESLOY) | A | Dividend | K | T | Buy (add'l) | 02/13/19 | J | | |
| 166. | | | | | Sold (part) | 09/27/19 | J | A | |
| 167.  Facebook Inc CL A (FB) | | None | K | T | Sold (part) | 02/13/19 | J | A | |
| 168. | | | | | Sold (part) | 05/30/19 | J | A | |
| 169.  Fanuc LTD Unsponsored (FANUY) | A | Dividend | K | T | Sold (part) | 11/27/19 | J | A | |
| 170.  Fedex Corp Delaware Com (FDX) | A | Dividend | J | T | Buy | 06/28/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ross, Allyne R. | 7/28/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 171. | | | | | Buy<br>(add'l) | 08/09/19 | J | | |
| 172. Firstenergy Corp (FE) | A | Dividend | K | T | Sold<br>(part) | 11/27/19 | J | A | |
| 173. Fox Corp Reg Shs CL A (FOXA) | | None | J | T | Buy | 11/27/19 | J | | |
| 174. Gallagher Arthur J & Co (AJG) | A | Dividend | J | T | Buy<br>(add'l) | 01/17/19 | J | | |
| 175. | | | | | Buy<br>(add'l) | 01/18/19 | J | | |
| 176. | | | | | Buy<br>(add'l) | 02/07/19 | J | | |
| 177. | | | | | Sold<br>(part) | 11/27/19 | J | A | |
| 178. General Electric (GE) | | None | J | T | Buy | 11/25/19 | J | | |
| 179. General Motors Co (GM) | A | Dividend | K | T | Buy | 06/19/19 | J | | |
| 180. | | | | | Buy<br>(add'l) | 07/01/19 | J | | |
| 181. | | | | | Buy<br>(add'l) | 08/09/19 | J | | |
| 182. | | | | | Buy<br>(add'l) | 09/06/19 | J | | |
| 183. Hitachi LTD 10 New Adr (HTHIY) | A | Dividend | K | T | Buy | 06/05/19 | J | | |
| 184. | | | | | Buy<br>(add'l) | 06/06/19 | J | | |
| 185. Home Depot Inc (HD) | A | Dividend | K | T | Sold<br>(part) | 02/13/19 | J | A | |
| 186. | | | | | Sold<br>(part) | 12/16/19 | J | A | |
| 187. HSBC Holding PLC (HSBC) | B | Dividend | K | T | Buy<br>(add'l) | 02/13/19 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ross, Allyne R. | 7/28/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Buy (add'l) | 11/08/19 | J | | |
| 189. Humana Inc (HUM) | A | Dividend | K | T | Buy (add'l) | 03/25/19 | J | | |
| 190. | | | | | Sold (part) | 11/27/19 | J | A | |
| 191. IHS Markit LTD SHS (INFO) | | None | K | T | Buy (add'l) | 03/28/19 | J | | |
| 192. Illumina Inc Com (ILMN) | | None | K | T | Buy (add'l) | 02/01/19 | J | | |
| 193. Industria De Diseno (IDEXY) | A | Dividend | K | T | | | | | |
| 194. Japan airlines Co Ltd Shs Adr (JAPSY) | | None | J | T | Buy | 12/30/19 | J | | |
| 195. | | | | | Buy (add'l) | 12/31/19 | J | | |
| 196. Johnson Controls International (JCI) | A | Dividend | J | T | Buy (add'l) | 03/11/19 | J | | |
| 197. | | | | | Sold (part) | 05/31/19 | J | C | |
| 198. | | | | | Sold (part) | 09/06/19 | J | A | |
| 199. | | | | | Sold (part) | 09/30/19 | J | B | |
| 200. JPMorgan Chase & Co (JPM) | B | Dividend | L | T | Buy (add'l) | 01/10/19 | J | | |
| 201. | | | | | Sold (part) | 05/30/19 | J | B | |
| 202. | | | | | Sold (part) | 11/27/19 | J | B | |
| 203. Julius Baer Group ADR (JBAXY) | A | Dividend | K | T | | | | | |
| 204. Kellogg CO (K) | A | Dividend | J | T | Sold (part) | 02/14/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ross, Allyne R. | 7/28/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 205. | | | | | Buy (add'l) | 08/21/19 | J | | |
| 206. Koninkluke Philips NV Spon ADR (PHG) | A | Dividend | K | T | Buy (add'l) | 02/13/19 | J | | |
| 207. | | | | | Sold (part) | 08/23/19 | J | A | |
| 208. | | | | | Buy (add'l) | 11/26/19 | J | | |
| 209. Lloyds Banking Group PLC (LYG) | A | Dividend | K | T | Sold (part) | 01/02/19 | J | A | |
| 210. | | | | | Sold (part) | 02/13/19 | J | A | |
| 211. Lockheed Martin Corp (LMT) | A | Dividend | J | T | Buy (add'l) | 04/22/19 | J | | |
| 212. | | | | | Sold (part) | 08/23/19 | J | B | |
| 213. Lowe's Companies Inc (LOW) | A | Dividend | J | T | | | | | |
| 214. Marathon Oil Corp (MRO) | A | Dividend | J | T | Buy (add'l) | 06/19/19 | J | | |
| 215. Marathon Petroleum Co (MPC) | A | Dividend | K | T | Buy (add'l) | 03/19/19 | J | | |
| 216. | | | | | Buy (add'l) | 06/07/19 | J | | |
| 217. | | | | | Sold (part) | 09/30/19 | J | A | |
| 218. Marsh & Mclennan Cos Inc (MMC) | A | Dividend | J | T | Buy (add'l) | 03/04/19 | J | | |
| 219. | | | | | Sold (part) | 06/19/19 | J | A | |
| 220. | | | | | Sold (part) | 06/19/19 | J | B | |
| 221. | | | | | Sold (part) | 09/30/19 | J | B | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ross, Allyne R.** | 7/28/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 222. Mastercard Inc (MA) | A | Dividend | K | T | | | | | |
| 223. McKesson Corp Com (MCK) | A | Dividend | J | T | Sold<br>(part) | 03/25/19 | J | A | |
| 224. | | | | | Sold<br>(part) | 09/27/19 | J | A | |
| 225. Medtronic PLC SHS (MDT) | A | Dividend | K | T | Buy<br>(add'l) | 02/14/19 | J | | |
| 226. | | | | | Buy<br>(add'l) | 03/04/19 | J | | |
| 227. | | | | | Buy<br>(add'l) | 07/29/19 | J | | |
| 228. | | | | | Sold<br>(part) | 11/27/19 | J | A | |
| 229. MetLife Inc (MET) | B | Dividend | K | T | Sold<br>(part) | 11/27/19 | J | A | |
| 230. Microsoft Corp (MSFT) | A | Dividend | K | T | Sold<br>(part) | 05/30/19 | J | A | |
| 231. | | | | | Sold<br>(part) | 08/09/19 | J | B | |
| 232. | | | | | Sold<br>(part) | 11/27/19 | J | B | |
| 233. Mondelez International (MDLZ) | A | Dividend | J | T | | | | | |
| 234. Monster Beverage Corp New Com (MNST) | | None | J | T | Sold<br>(part) | 09/26/19 | J | A | |
| 235. | | | | | Sold<br>(part) | 12/11/19 | J | A | |
| 236. | | | | | Sold<br>(part) | 12/16/19 | J | A | |
| 237. | | | | | Sold<br>(part) | 12/20/19 | J | A | |
| 238. Morgan Stanley (MS) | A | Dividend | K | T | Buy<br>(add'l) | 01/10/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Ross, Allyne R. | 7/28/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | Buy (add'l) | 11/25/19 | J | | |
| 240. Motorola Solutions Inc (MSI) | A | Dividend | J | T | Sold (part) | 02/14/19 | J | B | |
| 241. Murata Manufacturing Co (MRAAY) | B | Dividend | K | T | Buy (add'l) | 05/30/19 | J | | |
| 242. | | | | | Sold (part) | 11/08/19 | J | B | |
| 243. Newell Brands Inc (NWL) | A | Dividend | J | T | Buy | 10/02/19 | J | | |
| 244. | | | | | Buy (add'l) | 10/03/19 | J | | |
| 245. Nextera Energy Inc Com (NEE) | A | Dividend | J | T | Sold (part) | 01/16/19 | J | B | |
| 246. Nordea Bank ABP SHS (formerly AB-Spon) ADR (NRDBY) | B | Dividend | K | T | Buy (add'l) | 04/10/19 | J | | |
| 247. | | | | | Buy (add'l) | 06/19/19 | J | | |
| 248. Northrop Grumman Corp (NOC) | A | Dividend | J | T | Sold (part) | 08/23/19 | J | B | |
| 249. Nutrien Ltd Reg Shs (NTR) | A | Dividend | K | T | Buy | 06/17/19 | J | | |
| 250. | | | | | Buy (add'l) | 06/18/19 | J | | |
| 251. | | | | | Buy (add'l) | 06/19/19 | J | | |
| 252. Nvidia (NVDA) | A | Dividend | K | T | Buy (add'l) | 08/21/19 | J | | |
| 253. | | | | | Sold (part) | 11/27/19 | J | A | |
| 254. NXP Semiconductors N.V (NXPI) | A | Dividend | K | T | Buy (add'l) | 01/02/19 | J | | |
| 255. | | | | | Sold (part) | 02/13/19 | J | A | |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ross, Allyne R.** | 7/28/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. | | | | | Sold (part) | 02/27/19 | J | A | |
| 257. | | | | | Buy (add'l) | 08/15/19 | J | | |
| 258. | | | | | Sold (part) | 11/27/19 | J | B | |
| 259. Oneok Inc (Oklahoma) (OKE) | A | Dividend | J | T | Buy (add'l) | 03/04/19 | J | | |
| 260. | | | | | Sold (part) | 06/19/19 | J | A | |
| 261. | | | | | Sold (part) | 06/20/19 | J | A | |
| 262. | | | | | Sold (part) | 08/23/19 | J | A | |
| 263. | | | | | Sold (part) | 09/30/19 | J | B | |
| 264. | | | | | Buy (add'l) | 11/25/19 | J | | |
| 265. Oracle Corp. (ORCL) | A | Dividend | J | T | Buy (add'l) | 02/13/19 | J | | |
| 266. | | | | | Sold (part) | 06/19/19 | J | B | |
| 267. | | | | | Sold (part) | 07/01/19 | J | B | |
| 268. | | | | | Sold (part) | 08/09/19 | J | A | |
| 269. | | | | | Sold (part) | 11/25/19 | J | B | |
| 270. Otsuka Holdings Co LTD (OTSKY) | A | Dividend | K | T | Buy (add'l) | 02/13/19 | J | | |
| 271. | | | | | Buy (add'l) | 06/19/19 | J | | |
| 272. | | | | | Sold (part) | 09/27/19 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ross, Allyne R.** | 7/28/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. Paypal Holdings Inc (PYPL) | | None | K | T | Sold (part) | 02/13/19 | J | A | |
| 274. | | | | | Sold (part) | 03/21/19 | J | A | |
| 275. | | | | | Sold (part) | 05/30/19 | J | A | |
| 276. Pentair Plc Shs (PNR) | A | Dividend | J | T | Buy | 07/01/19 | J | | |
| 277. Pepsico Inc (PEP) | A | Dividend | J | T | Sold (part) | 09/27/19 | J | | |
| 278. Pfizer Inc Common Stock (PFE) | B | Dividend | K | T | Sold (part) | 01/10/19 | J | B | |
| 279. | | | | | Sold (part) | 02/11/19 | J | A | |
| 280. | | | | | Sold (part) | 03/04/19 | J | B | |
| 281. | | | | | Sold (part) | 04/23/19 | J | A | |
| 282. | | | | | Sold (part) | 09/27/19 | J | A | |
| 283. Philip Morris Intl Inc (PM) | A | Dividend | J | T | Sold | 01/02/19 | J | | |
| 284. | | | | | Buy | 11/25/19 | J | | |
| 285. Prosus N V (PROSY) | | None | K | T | Buy | 10/16/19 | J | | |
| 286. | | | | | Buy (add'l) | 10/17/19 | J | | |
| 287. | | | | | Buy (add'l) | 10/18/19 | J | | |
| 288. | | | | | Buy (add'l) | 11/18/19 | J | | |
| 289. | | | | | Sold (part) | 11/27/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ross, Allyne R.** | 7/28/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 290. Public Service Enterprise Group Inc<br>Common Stock (PEG) | A | Dividend | J | T | Sold<br>(part) | 01/11/19 | J | A | |
| 291. | | | | | Sold<br>(part) | 02/07/19 | J | A | |
| 292. | | | | | Sold<br>(part) | 06/28/19 | J | A | |
| 293. Qualcomm Inc Common Stock (QCOM) | A | Dividend | J | T | Sold<br>(part) | 07/03/19 | J | E | |
| 294. | | | | | Sold<br>(part) | 09/27/19 | J | B | |
| 295. | | | | | Sold<br>(part) | 11/19/19 | J | B | |
| 296. Quest Diagnostic Inc (DGX) | A | Dividend | J | T | Buy | 05/01/19 | J | | |
| 297. Reckitt Benckiser Group (RBGLY) | | None | K | T | Buy | 12/02/19 | J | | |
| 298. | | | | | Buy<br>(add'l) | 12/03/19 | J | | |
| 299. Repsol YPF S A SPND ADR (RDSMY) | A | Dividend | K | T | Buy<br>(add'l) | 02/13/19 | J | | |
| 300. | | | | | Buy<br>(add'l) | 06/19/19 | J | | |
| 301. | | | | | Sold<br>(part) | 09/23/19 | J | | |
| 302. Roche Holding LTD Spons ADR<br>Switzerland ADR (RHHBY) | A | Dividend | K | T | Buy<br>(add'l) | 01/17/19 | J | | |
| 303. | | | | | Sold<br>(part) | 04/25/19 | J | A | |
| 304. | | | | | Sold<br>(part) | 11/27/19 | J | A | |
| 305. Rolls Royce Grp Spn Adr (RYCEY) | | None | K | T | Buy | 05/30/19 | J | | |
| 306. Royal DSM N V Sponsored ADR<br>(RDSMY) | A | Dividend | K | T | Sold<br>(part) | 02/13/19 | J | A | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ross, Allyne R. | 7/28/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 307. | | | | | Sold (part) | 04/17/19 | J | A | |
| 308. | | | | | Buy (add'l) | 06/05/19 | J | | |
| 309. | | | | | Sold (part) | 11/27/19 | J | A | |
| 310. Royal Dutch Shell PLC Cl A (RDSA) | B | Dividend | K | T | Buy (add'l) | 06/07/19 | J | | |
| 311. | | | | | Sold (part) | 11/07/19 | J | A | |
| 312. RWE Ag Sponsored Adr (RWEOY) | | None | K | T | Buy | 08/07/19 | J | | |
| 313. | | | | | Buy (add'l) | 08/08/19 | J | | |
| 314. | | | | | Buy (add'l) | 08/20/19 | J | | |
| 315. | | | | | Buy (add'l) | 08/21/19 | J | | |
| 316. S&P Global Inc (SPGI) | A | Dividend | J | T | | | | | |
| 317. Salesforce.com Inc (CRM) | | None | K | T | Sold (part) | 02/13/19 | J | A | |
| 318. | | | | | Sold (part) | 04/01/19 | J | C | |
| 319. Sands China Ltd Unsp Adr (SCHYY) | | None | K | T | Buy | 11/05/19 | J | | |
| 320. | | | | | Buy (add'l) | 11/06/19 | J | | |
| 321. | | | | | Buy (add'l) | 11/07/19 | J | | |
| 322. | | | | | Buy (add'l) | 11/08/19 | J | | |
| 323. Sanofi Adr (SNY) | | None | K | T | Buy | 09/30/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ross, Allyne R. | 7/28/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. | | | | | Buy (add'l) | 10/01/19 | J | | |
| 325. | | | | | Buy (add'l) | 12/17/19 | J | | |
| 326. | | | | | Buy (add'l) | 12/20/19 | J | | |
| 327. | | | | | Buy (add'l) | 12/23/19 | J | | |
| 328. SAP SE SHS (SAP) | | None | K | T | | | | | |
| 329. Schwab Charles Corp New (SCHW) | A | Dividend | K | T | Buy (add'l) | 08/21/19 | J | | |
| 330. | | | | | Buy (add'l) | 11/25/19 | J | | |
| 331. ServiceNow Inc (NOW) | | None | K | T | Sold (part) | 02/13/19 | J | B | |
| 332. Siemens Healthineers ADR (SMMNY) | | None | K | T | Buy | 04/09/19 | J | | |
| 333. | | | | | Buy (add'l) | 04/10/19 | J | | |
| 334. | | | | | Buy (add'l) | 04/11/19 | J | | |
| 335. | | | | | Buy (add'l) | 04/12/19 | J | | |
| 336. | | | | | Buy (add'l) | 04/15/19 | J | | |
| 337. | | | | | Buy (add'l) | 04/16/19 | J | | |
| 338. | | | | | Sold (part) | 11/27/19 | J | A | |
| 339. Smith & Nephew PLC Sponsored ADR New (SNN) | A | Dividend | K | T | Buy (add'l) | 02/13/19 | J | | |
| 340. | | | | | Sold (part) | 05/30/19 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ross, Allyne R. | 7/28/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 341. | | | | | Sold<br>(part) | 09/27/19 | J | A | |
| 342. Sony Corp Adr New (SNE) | A | Dividend | K | T | Buy | 07/03/19 | J | | |
| 343. | | | | | Buy<br>(add'l) | 07/05/19 | J | | |
| 344. | | | | | Buy<br>(add'l) | 07/29/19 | J | | |
| 345. | | | | | Buy<br>(add'l) | 07/30/19 | J | | |
| 346. | | | | | Buy<br>(add'l) | 09/30/19 | J | | |
| 347. | | | | | Sold<br>(part) | 11/26/19 | J | A | |
| 348. | | | | | Sold<br>(part) | 11/27/19 | J | A | |
| 349. Splunk Inc.(SPLK) | | None | K | T | | | | | |
| 350. State Street Corp (STT) | A | Dividend | K | T | Buy<br>(add'l) | 01/11/19 | J | | |
| 351. | | | | | Sold | 02/21/19 | J | B | |
| 352. | | | | | Buy | 05/30/19 | J | | |
| 353. Total S.A. France Spon ADR (TOT) | A | Dividend | J | T | Sold<br>(part) | 06/14/19 | K | A | |
| 354. Trade (the) Desk Inc Shs Cl A (TTD) | | None | J | T | Buy | 09/26/19 | J | | |
| 355. | | | | | Buy<br>(add'l) | 10/01/19 | J | | |
| 356. Transunion (TRU) | A | Dividend | K | T | | | | | |
| 357. Travelers Cos. Inc (TRV) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ross, Allyne R.** | 7/28/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 358. Ulta Beauty Inc (ULTA) | | None | J | T | | | | | |
| 359. Unilever NV NY SHS New (UN) | A | Dividend | K | T | Buy (add'l) | 04/25/19 | J | | |
| 360. | | | | | Buy (add'l) | 08/21/19 | J | | |
| 361. | | | | | Buy (add'l) | 11/25/19 | J | | |
| 362. Union Pacific Corp (UNP) | A | Dividend | J | T | Sold (part) | 02/26/19 | J | B | |
| 363. United Health Group Inc (UNH) | A | Dividend | J | T | Sold (part) | 01/10/19 | J | D | |
| 364. | | | | | Sold (part) | 02/07/19 | J | B | |
| 365. Verizon Communciations Inc (VZ) | B | Dividend | L | T | Buy (add'l) | 04/26/19 | J | | |
| 366. | | | | | Sold (part) | 05/30/19 | J | A | |
| 367. | | | | | Sold (part) | 11/27/19 | J | A | |
| 368. Visa Inc. CL A (V) | A | Dividend | K | T | Sold (part) | 02/13/19 | J | B | |
| 369. | | | | | Sold (part) | 05/30/19 | J | B | |
| 370. Waste Connections Inc (WCN) | A | Dividend | J | T | | | | | |
| 371. Wells Fargo & Co New (WFC) | B | Dividend | L | T | Sold (part) | 05/30/19 | J | D | |
| 372. | | | | | Sold (part) | 11/27/19 | J | E | |
| 373. Williams Companies Del (WMB) | B | Dividend | K | T | Buy (add'l) | 01/10/19 | J | | |
| 374. Willis Toweres Watson PLC (WLTW) | A | Dividend | K | T | Buy | 02/11/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ross, Allyne R. | 7/28/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. | | | | | Buy (add'l) | 02/12/19 | J | | |
| 376. | | | | | Buy (add'l) | 02/12/19 | J | | |
| 377. | | | | | Buy (add'l) | 03/04/19 | J | | |
| 378. | | | | | Buy (add'l) | 04/25/19 | J | | |
| 379. | | | | | Buy (add'l) | 04/26/19 | J | | |
| 380. Xylem Inc SHS (XYL) | A | Dividend | J | T | | | | | |
| 381. Zoetis Inc (ZTS) | A | Dividend | K | T | | | | | |
| 382. 3M Co. (MMM) | A | Dividend | J | T | Buy (add'l) | 04/22/19 | J | | |
| 383. | | | | | Sold (part) | 08/21/19 | J | D | |
| 384. Anadarko Pete Corp (APC) | A | Dividend | | | Buy (add'l) | 02/26/19 | J | | |
| 385. | | | | | Buy (add'l) | 03/04/19 | J | | |
| 386. | | | | | Sold (part) | 04/16/19 | J | B | |
| 387. | | | | | Sold (part) | 06/07/19 | J | C | |
| 388. | | | | | Sold | 06/19/19 | J | C | |
| 389. Apple Inc (AAPL) | A | Dividend | | | Buy (add'l) | 03/04/19 | J | | |
| 390. | | | | | Sold | 04/26/19 | J | B | |
| 391. Arcelormittal SA NY Registered Foreign Stock (MT) | A | Dividend | | | Buy (add'l) | 05/30/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ross, Allyne R. | 7/28/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. | | | | | Sold | 06/06/19 | K | | |
| 393. Baidu Inc Sponsored ADR (BIDU) | | None | | | Buy (add'l) | 05/30/19 | J | | |
| 394. | | | | | Sold | 08/19/19 | J | | |
| 395. Banco Santander SA ADR (SAN) | A | Dividend | | | Buy (add'l) | 02/13/19 | J | | |
| 396. | | | | | Sold | 06/07/19 | K | | |
| 397. BHP Billiton PLC Sponsored ADR (BBL) | B | Dividend | | | Sold (part) | 03/07/19 | J | A | |
| 398. | | | | | Sold (part) | 03/08/19 | J | A | |
| 399. | | | | | Sold (part) | 10/10/19 | J | | |
| 400. | | | | | Sold (part) | 10/11/19 | J | | |
| 401. | | | | | Sold | 10/15/19 | J | | |
| 402. Booking Holdings Inc (BKNG) | | None | | | Sold | 07/01/19 | K | D | |
| 403. British AMN Tobaco SPADR (BTI) | A | Dividend | | | Sold (part) | 01/23/19 | J | A | |
| 404. | | | | | Sold (part) | 01/24/19 | J | A | |
| 405. | | | | | Sold | 01/25/19 | J | A | |
| 406. Cardinal Health Inc Ohio (CAH) | A | Dividend | | | Sold (part) | 03/26/19 | J | A | |
| 407. | | | | | Sold | 03/27/19 | J | A | |
| 408. CDW Corp (CDW) | A | Dividend | | | Sold (part) | 01/22/19 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ross, Allyne R.** | 7/28/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 409. | | | | | Sold | 01/23/19 | J | A | |
| 410. Celgene Corp. (CELG) | | None | | | Sold (part) | 01/07/19 | J | A | |
| 411. | | | | | Sold | 01/09/19 | J | A | |
| 412. Concho Resources Inc (CXO) | A | Dividend | | | Sold | 08/05/19 | J | | |
| 413. Daimler LG ADR (DMLRY) | B | Dividend | | | Buy (add'l) | 02/13/19 | J | | |
| 414. | | | | | Sold | 08/21/19 | J | | |
| 415. Devon Energy Corp New (DVN) | | None | | | Sold (part) | 02/21/19 | J | A | |
| 416. | | | | | Sold | 03/04/19 | J | B | |
| 417. Diageo PLC New GB SPON ADR (DEO) | A | Dividend | | | Sold (part) | 02/01/19 | J | A | |
| 418. | | | | | Buy (add'l) | 03/11/19 | J | | |
| 419. | | | | | Sold (part) | 07/01/19 | J | B | |
| 420. | | | | | Sold (part) | 08/09/19 | J | B | |
| 421. | | | | | Sold (part) | 08/21/19 | J | B | |
| 422. | | | | | Sold | 08/22/19 | J | A | |
| 423. Dow Inc Reg (DOW) (X) | A | Dividend | | | Sold | 11/25/19 | J | A | |
| 424. Goldman Sachs Group Inc (GS) | A | Dividend | | | Sold (part) | 04/22/19 | J | A | |
| 425. | | | | | Sold | 11/25/19 | J | C | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ross, Allyne R. | 7/28/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 426.  Hess Corp (HES) | | None | | | Sold<br>(part) | 02/07/19 | J | B | |
| 427. | | | | | Sold<br>(part) | 02/26/19 | J | A | |
| 428. | | | | | Sold | 03/11/19 | J | A | |
| 429.  Honeywell International Inc (HON) | A | Dividend | | | Sold<br>(part) | 03/11/19 | J | B | |
| 430. | | | | | Sold | 08/21/19 | J | C | |
| 431.  Intesa San Paolo Spon ADR (ISNPY) | B | Dividend | | | Sold | 06/04/19 | K | | |
| 432.  International Consolidated ADR (ICAGY) | | None | | | Buy<br>(add'l) | 01/14/19 | J | | |
| 433. | | | | | Sold<br>(part) | 02/13/19 | J | A | |
| 434. | | | | | Sold<br>(part) | 03/05/19 | J | | |
| 435. | | | | | Sold<br>(part) | 03/06/19 | J | | |
| 436. | | | | | Sold | 03/07/19 | J | | |
| 437.  International Paper Co Common Stock (IP) | A | Dividend | | | Sold | 07/01/19 | J | A | |
| 438.  Kubota Corp ADR (KUBTY) | A | Dividend | | | Buy<br>(add'l) | 02/13/19 | J | | |
| 439. | | | | | Sold<br>(part) | 03/15/19 | J | | |
| 440. | | | | | Sold | 03/18/19 | J | | |
| 441.  Marvell Technology Group (MRVL) | A | Dividend | | | Buy | 01/22/19 | J | | |
| 442. | | | | | Sold | 09/06/19 | J | C | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ross, Allyne R. | 7/28/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 443.  Masco Corp (MAS) | A | Dividend | | | Buy | 01/11/19 | J | | |
| 444. | | | | | Buy<br>(add'l) | 01/14/19 | J | | |
| 445. | | | | | Sold<br>(part) | 04/26/19 | J | A | |
| 446. | | | | | Sold | 04/29/19 | J | A | |
| 447.  Mattel Inc Com (MAT) | | None | | | Sold<br>(part) | 11/05/19 | J | A | |
| 448. | | | | | Sold | 11/06/19 | J | A | |
| 449.  Merck & Co Inc New Com (MRK) | A | Dividend | | | Sold<br>(part) | 02/04/19 | J | B | |
| 450. | | | | | Sold<br>(part) | 02/11/19 | J | B | |
| 451. | | | | | Sold<br>(part) | 02/14/19 | J | B | |
| 452. | | | | | Sold<br>(part) | 03/04/19 | J | C | |
| 453. | | | | | Sold<br>(part) | 03/11/19 | J | A | |
| 454. | | | | | Sold | 04/26/19 | J | A | |
| 455.  Naspers LTD Shs Cl N ADR (NPSNY) | A | Dividend | | | Buy | 04/29/19 | J | | |
| 456. | | | | | Sold | 11/01/19 | J | | |
| 457.  Novartis AF Spon ADR (NVS) | A | Dividend | | | Sold<br>(part) | 04/25/19 | J | A | |
| 458. | | | | | Sold<br>(part) | 07/29/19 | J | A | |
| 459. | | | | | Sold | 08/21/19 | J | B | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ross, Allyne R. | 7/28/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460.  Novo Nordisk A S ADR (NVO) | A | Dividend | | | Sold (part) | 01/11/19 | J | A | |
| 461. | | | | | Sold (part) | 11/25/19 | J | A | |
| 462. | | | | | Sold (part) | 11/26/19 | J | A | |
| 463. | | | | | Sold (part) | 12/24/19 | J | A | |
| 464. | | | | | Sold (part) | 12/26/19 | J | A | |
| 465. | | | | | Sold | 12/27/19 | J | A | |
| 466.  Orange (ORAN) | A | Dividend | | | Buy (add'l) | 02/13/19 | J | | |
| 467. | | | | | Sold | 07/18/19 | K | | |
| 468.  Procter & Gamble Co (PG) | A | Dividend | | | Sold (part) | 06/04/19 | J | | |
| 469. | | | | | Sold | 11/25/19 | J | C | |
| 470.  Secom Co LTD ADR (SOMLY) | A | Dividend | | | Sold (part) | 05/30/19 | J | A | |
| 471. | | | | | Sold (part) | 12/06/19 | J | A | |
| 472. | | | | | Sold (part) | 12/09/19 | J | A | |
| 473. | | | | | Sold | 12/10/19 | J | D | |
| 474.  Seven and I Holdings Co (SVNDY) | A | Dividend | | | Buy (add'l) | 02/13/19 | J | | |
| 475. | | | | | Sold | 04/24/19 | J | | |
| 476.  Sumitomo Mitsui Financial Spon ADR (SMFG) | A | Dividend | | | Sold | 08/16/19 | K | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ross, Allyne R.** | 7/28/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477.  Suncor Energy Inc New CAD (SU) | A | Dividend | | | Sold (part) | 02/26/19 | J | A | |
| 478. | | | | | Sold (part) | 03/19/19 | J | A | |
| 479. | | | | | Sold (part) | 03/20/19 | J | A | |
| 480. | | | | | Sold (part) | 03/21/19 | J | A | |
| 481. | | | | | Sold (part) | 04/01/19 | J | D | |
| 482. | | | | | Sold (part) | 06/10/19 | J | A | |
| 483. | | | | | Sold (part) | 06/13/19 | J | A | |
| 484. | | | | | Sold | 08/21/19 | J | A | |
| 485.  SunTrust Banks Inc (STI) | | None | | | Sold | 01/11/19 | J | A | |
| 486.  Taiwan S Manufacturing ADR (TSM) | A | Dividend | | | Sold (part) | 08/15/19 | J | C | |
| 487. | | | | | Sold | 08/21/19 | J | B | |
| 488.  Tesco PLC Spnrd Adr (TSCDY) | A | Dividend | | | Buy | 04/29/19 | J | | |
| 489. | | | | | Buy (add'l) | 04/30/19 | J | | |
| 490. | | | | | Buy (add'l) | 06/19/19 | J | | |
| 491. | | | | | Sold (part) | 10/21/19 | J | | |
| 492. | | | | | Sold (part) | 10/22/19 | J | | |
| 493. | | | | | Sold | 10/23/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ross, Allyne R. | 7/28/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 494. Toray Industries Inc ADR (TRYIY) | A | Dividend | | | Buy (add'l) | 02/13/19 | J | | |
| 495. | | | | | Sold (part) | 09/27/19 | J | A | |
| 496. | | | | | Sold (part) | 11/22/19 | J | | |
| 497. | | | | | Sold (part) | 11/25/19 | J | | |
| 498. | | | | | Sold | 11/26/19 | J | A | |
| 499. US Bancorp Del (New) (USB) | A | Dividend | | | Sold | 06/28/19 | J | D | |
| 500. West Pharmacuticals Svcs Inc (WST) | A | Dividend | | | Sold (part) | 02/15/19 | J | A | |
| 501. | | | | | Sold (part) | 02/22/19 | J | A | |
| 502. | | | | | Sold (part) | 02/27/19 | J | E | |
| 503. | | | | | Sold | 03/08/19 | J | E | |
| 504. Brokerage #3 (H) | | | | | | | | | |
| 505. NY State Dorm Auth St (64990FMX9) | A | Interest | L | T | Buy (add'l) | 10/17/19 | L | | |
| 506. Metropolitan Transit Authority Bond (59259ND83) | C | Interest | L | T | | | | | |
| 507. Dormitory Auth of NY Bond (649906DJ0) | B | Interest | L | T | | | | | |
| 508. Sachem Cent Sch Dist NY (785721VG3) | A | Interest | K | T | Buy | 07/19/19 | K | | |
| 509. NY State Environmental Bond (64985HKC0) | B | Interest | L | T | | | | | |
| 510. 34th Street Partnership Bond (884286BX2) | C | Interest | L | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ross, Allyne R. | 7/28/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511. Bay Shore NY Union Free School District (072581JX0) | B | Interest | L | T | | | | | |
| 512. Hudson Yd Infra Corp NY (44420RAD2) | B | Interest | K | T | | | | | |
| 513. Erie NY Indl Dev Agy Sch FC RV Ref (29509PJC4) | C | Interest | L | T | | | | | |
| 514. University California Revs (91412G2U8) | B | Interest | L | T | | | | | |
| 515. Erie County NY Bond (295084LGO) | C | Interest | L | T | | | | | |
| 516. Sales Tax Asset (794665FM6) | C | Interest | L | T | | | | | |
| 517. Shenendehowa NY Bond (823194F75) | B | Interest | K | T | | | | | |
| 518. New York N Y Go BDS 2018 (64966MRT8) | | None | K | T | Buy | 11/21/19 | K | | |
| 519. Matanuska-Susitna Boro (576544S68) | B | Interest | L | T | | | | | |
| 520. NY St Dorm Auth Sales Tax (64990AEY7) | B | Interest | K | T | | | | | |
| 521. NYC Transit Bond (64972HVG4) | C | Interest | L | T | | | | | |
| 522. Tulsa CO Ok Indl At Edl (89952PFE0) | B | Interest | L | T | Buy | 03/07/19 | L | | |
| 523. Port Auth N Y & N J Cons (73358WRU0) | B | Interest | L | T | | | | | |
| 524. Chicago O'Hare Airport Bond (167593RF1) | B | Interest | K | T | | | | | |
| 525. New York NY Mun WFA (64972GPL2) | A | Interest | K | T | | | | | |
| 526. NY St Dorm Auth RE (64990CDS7) | B | Interest | L | T | | | | | |
| 527. Hudson Yd Infra Corp NY (44420RAT7) | B | Interest | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ross, Allyne R. | 7/28/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 528. New York NY City TFA Rev (64971XCN6) | B | Interest | K | T | | | | | |
| 529. New York St Dorm Auth St (64990FKQ6) | A | Interest | K | T | Buy | 07/05/19 | K | | |
| 530. Port Auth N Y & N J (73358W4K7) | | None | K | T | Buy | 11/20/19 | K | | |
| 531. NY State Dormitory Authority Bond (6499054J2) | C | Interest | | | Sold (part) | 02/26/19 | K | A | |
| 532. | | | | | Redeemed | 07/01/19 | K | | |
| 533. NY State Dormitory Bond (64990ETP2) | C | Interest | | | Sold | 10/17/19 | L | | |
| 534. Tampa Florida Bond (875290WQ7) | C | Interest | | | Sold | 10/29/19 | L | B | |
| 535. Brokerage #4 (H) | | | | | | | | | |
| 536. Fidelity Int'l Small Cap (FISMX) | C | Dividend | M | T | | | | | |
| 537. Fidelity Zero International Index (FZILX) | B | Dividend | K | T | | | | | |
| 538. Fidelity Zero Total Market Index (FZROX) | A | Dividend | K | T | | | | | |
| 539. Dodge & Cox Stock (DODGX) | E | Dividend | N | T | | | | | |
| 540. Wisdomtree TR US Midcap Dividend (DON) | C | Dividend | M | T | | | | | |
| 541. Dodge & Cox Global Stock Fund (DODWX) | | None | | | Sold | 10/17/19 | N | E | |
| 542. Cash Trust (H) | | | | | | | | | |
| 543. ML Bank Deposit Program (cash) (X) | A | Interest | K | T | | | | | |
| 544. BlackRock Liquidity (TMCXX) (X) (Y) | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ross, Allyne R.** | 7/28/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, line 2: No underlying investment options.

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

| Name of Person Reporting | Date of Report |
|---|---|
| **Ross, Allyne R.** | 7/28/2020 |

| Name of Person Reporting | Date of Report |
|---|---|
| Ross, Allyne R. | 7/28/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Allyne R. Ross**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544